Maude Haven, as Executrix, v. William E. Nichols.— Motion denied, with ten dollars costs. Order filed.

William B. Hibbs v. Alexander Brown and Others.— Motion granted. Order filed.

The People of the State of New York v. Samuel Sellis.— Appeal dismissed. Order filed.

The People of the State of New York v. Joseph Petroelli.— Appeal dismissed. Order filed.

Charles J. Perry v. Michael Levenson.— Motion granted, with ten dollars costs. Order filed.

Peter D. Strauch v. Rheinfrank House Wrecking Company. — Motion granted, with ten dollars costs. Order filed.

Rowland D. Buford v. Equitable Life Assurance Society. — Motion denied on payment of ten dollars costs, and on payment of an additional ten dollars leave given to apply to court below to open default. Order filed.

James McNeill v. Morris Kamber. — Motion denied on payment of costs, and on payment of an additional ten dollars, leave given to apply to court below to open default. Order filed.

Leah Ehrenhause v. Myer Isear. — Motion granted, with ten dollars costs. Order filed.

Agnes McManus v. Charles E. McManus.— Motion granted, with ten dollars costs. Order filed.

Edward W. Brenen v. Mark W. Brenen and Another.— Motion granted, with ten dollars costs. Order filed.

Saugerties Savings Bank v. City of New York.— Motion granted, with ten dollars costs. Order filed.

Zillah J. Slipper v. The City of New York.— Motion granted, with ten dollars costs. Order filed.

Mary V. Mott v. The City of New York.— Motion granted, with ten dollars costs to each respondent. Order filed.

Daniel Breen v. The Mayor, etc.— Motion granted, with ten dollars costs Order filed.

Lorah A. Depew, as Administratrix, v. The City of New York.— Motion granted, with ten dollars costs. Order filed.

In the Matter of Thomas B. Nutting:— Motion denied on payment of ten dollars costs, with leave to appellant to apply to court below to open default. Order filed.

Industrial and General Trust v. J. Kennedy Tod.— Motion denied, with ten dollars costs. Order filed.

Hudson and Manhattan Railway Company v. Josephine J. S. Wendel and Others.— Motion granted. Order filed.

Jane Remsen v. Charles A. Wingert.— Motion denied, with ten dollars costs. Order filed.

Ebling Brewing Company v. New York City Interboro Railway Company.— Motion granted. Order filed.

Edward R. Dunham v. Hastings Pavement Company.— Motion denied, with ten dollars costs. Order filed.

Anglo-Continental Chemical Works v. James St. G. Dillon and Another.— Motion granted. Order filed.

Ralph Raymond v. Security Trust and Life Insurance Company.— Motion denied. Order filed.

In the Matter of Patrick Sheedy, Deceased.— Motion granted. Order filed.

Elias Marshall v. George P. Johnson.— Application denied, with ten dollars costs. Order signed.

James McLean v. George Griet and Another.— Application granted. Order signed.

Carrie Toscani v. Henry L. Felt.— Application denied, with ten dollars costs. Order signed.

Frank M. Lowenstein v. Samuel Jaffe.— Application denied, with ten dollars costs. Order signed.

In the Matter of Pelham Bay Park.— Motion granted. Order filed.

Patrick J. Condon v. Church of St. Augustine.— Motion denied. Order filed.

Elveina Cartier v. Pabst Brewing Company.— Motion denied, with ten dollars costs. Order filed.